Attorney for Debtor
Pia J. North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax:  : (804) 739-2550
Northlawhelp@pianorth.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:   Charles J. Simon, Jr., Debtor

Charles J. Simon, Jr., Plaintiff

Chapter 13

Case No. 13-34856

## ORDER

Came this day, the debtor, Charles J. Simon, Jr. by counsel and moved this Court to Shorten the Notice Period on a

Motion to Vacate Dismissal and a Motion for Expedited hearing in this matter.

It is hereby **ORDERED, ADJUDGED and DECREED** that the Notice period on the debtor's Motion to Vacate

Dismissal realty is shortened to:  **not less than TWO (2) days prior to the hearing on the Motion to Vacate**

**Dismissal.**

It is hereby **ORDERED, ADJUDGED and DECREED** that the debtor is hereby granted leave to hold an Expedited

Hearing on the debtor's Motion to Vacate Dismissal on **October 2, 2013 @ 12:00 p.m.**

The Clerk shall transmit by electronic or first class mail copies of this Order to: The debtor, Charles J. Simon, Jr. at the address on record with the Court; Pia J. North, attorney for Debtor, Robert E. Hyman P.O. Box 1780, Richmond, VA 23218-1780; and the U.S. Trustee.

ENTER:           /       /

_____
Honorable Keith L. Phillips

I ask for this
/s/ Pia J. North
Attorney for Debtor
Pia J. North, Esq. #29672
5913 Harbour Park Drive
Midlothian, VA 23112
(804) 739-3700
(804) 249-7898
Northlawhelp@pianorth.com

Pursuant to Local Rule 9022, I hereby certify that all necessary parties have signed this Order. /s/ Pia J. North